FILED
2022 Feb-10 AM 08:51
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit A

FRONT

# ALABAMA UNIFORM INCIDENT/OFFENSE REPORT

COPY

**EVENT**

1 ORI #: A L 0 5 8 0 5 0 0
2 Date of Report: 2 19 2021
3 Time of Report: 12 : 58 ☐ AM ☒ PM ☐ MIL
4 Type Report: ☒ Incident ☐ Offense ☐ Supplement
5 Supplement Date:
6 Agency Case Number: 2 1 W 0 1 5 8 0 1
7 Suffix:
8 Agency Name: **Odenville Police Department**
9 Sector:

10 Type of Incident or Offense ☒ Felony ☐ Misdemeanor ☐ Attempted ☒ Completed
**Fraud-FUCC Fraudulent Use Credit/Debit Card**
11 Degree: **N/A**
12 UCR Code: **2605**
13 State Code/Local Ordinance: **13A-9-14(b)**

14 Type of Incident or Offense ☐ Felony ☐ Misdemeanor ☐ Attempted ☐ Completed
15 Degree:
16 UCR Code:
17 State Code/Local Ordinance:

28 Domestic Violence: ☒ No ☐ Yes

18 Place of Occurrence ☐ Check here if event occurred at victim's residence
[redacted]

If offense occurred at victim's residence, then only the approximate location should be listed in this section. (For example, a block number should be entered.) If the offense occurred elsewhere, then the specific address should be listed here.

Victim Demographics (Where victim is an individual)
19 [redacted] 20 [redacted] 21 Ethnicity [redacted]
22 ☐ Multiple Victims ☐ LE Officer
23 Age [redacted]

24 First Offender Suspected of Using: ☐ Alcohol ☐ Drugs ☐ Computer Equipment ☒ N/A
25 Gang: ☐ Juvenile Gang ☐ Adult Gang ☒ None/Unknown
26 Hate Bias: ☐ Yes ☒ No
27 Bias Code:

29 Point of Entry: ☐ Door ☐ Roof ☐ Window ☐ Other
30 Method of Entry: ☐ Forcible ☐ Attempted Forcible ☐ No Force
31 Local Use:
32 Lighting: ☐ 1 Natural ☐ 2 Moon ☐ 3 Artificial Exterior ☒ 4 Artificial Interior ☐ 5 Unknown
33 Weather: ☒ 1 Clear ☐ 2 Cloudy ☐ 3 Rain ☐ 4 Fog ☐ 5 Snow ☐ 6 Hail ☐ 7 Unknown
34 Location Type: ☐ 01 Terminal ☐ 02 Bank ☐ 03 Bar ☐ 04 Church ☐ 05 Commercial ☐ 06 Construction ☐ 07 Conv Store ☐ 08 Dept Store ☐ 09 Drug Store ☐ 10 Field/Woods ☐ 11 Govt/Public Building ☐ 12 Supermarket ☐ 13 Highway/Street ☐ 14 Hotel/Motel ☐ 15 Jail/Prison ☐ 16 Lake/Waterway ☐ 17 Liquor Store ☐ 18 Parking Lot/Garage ☐ 19 Storage Facility ☒ 20 Residence/Home ☐ 21 Restaurant ☐ 22 School/College ☐ 23 Service/Gas Station ☐ 24 Specialty Store ☐ 25 Other/Unknown

35 Occurred from MM/DD/YY: **Dec 16 2019**
36 Time of Event: **12 : 00** ☒ AM ☐ PM ☐ MIL
37 Day of Week: ☐ S ☒ M ☐ T ☐ W ☐ T ☐ F ☐ S
38 Occurred to MM/DD/YY:
39 Time of Event: : ☐ AM ☐ PM ☐ MIL
40 Day of Week: ☐ S ☐ M ☐ T ☐ W ☐ T ☐ F ☐ S
41 # Premises Entered (Burglary): 0

42 Type Criminal Activity: ☐ Buying/Receiving ☐ Cultivating/Manu ☐ Distributing/Selling ☐ Exploiting Children ☐ Operating/Promoting ☐ Possessing/Concealing ☐ Transporting/Importing ☐ Using/Consuming
43 Victim Type: ☒ Individual ☐ Business ☐ Financial (Bank) ☐ Government ☐ Religious Org ☐ Society

**PROPERTY**

| 44 Loss Code | 45 Property Code | 46 Qty | 47 Property Description (Include Make, Model, Size Type, Serial #, Color, Drug Type, Drug Qty, Etc.) | 48 Dollar Value Stolen | 48 Dollar Value Damaged | 49 Recovered Date | 49 Recovered Value |
|---|---|---|---|---|---|---|---|
| S | 09 | 1 | [redacted] Card ending in [redacted] | 0.00 | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | ☐ Continued on Supplement | | | | |

Loss Code (Enter letter in loss code column)
S Stolen
R Recovered
D Damaged/ Destroyed
C Confiscated/ Seized
B Burned
F Forged/ Counterfeited
N None

Property Code (Enter # in property type column)
01 Aircraft
02 Alcohol
03 Autos
04 Bicycles
05 Buses
06 Clothes
07 Computer
08 Consumables
09 Credit Card
10 Drugs
11 Drug Equip
12 Farm Equip
13 Firearms
14 Gambling Equipment
15 Heavy Construction
16 Household Goods
17 Jewelry
18 Livestock
19 Merchandise
20 Money
21 Negotiable Instrument
22 Non-negotiable Instru
23 Office Equipment
24 Other Motor Vehicle
25 Purse/Wallet
26 Radios/TV/VCR
27 Recordings
28 RV's
29 Structure - Single Occupancy Dwelling
30 Structure - Other Dwelling
31 Structure - Other Commercial
32 Structure - Industrial/ Manufacturing
33 Structure - Public/Community
34 Structure - Storage
35 Structure - Other
36 Tools - Power/Hand
37 Trucks
38 Vehicle Parts/Accessories
39 Watercraft
77 Other

**VEHICLES**

50 Stolen Vehicle Only — Area Stolen: ☐ Residence ☐ Business ☐ Rural
51 Ownership verified by: ☐ Tag Receipt ☐ Title ☐ Bill of Sale ☐ Other
52 Veh. Categories: ☐ Recovered ☐ Stolen ☐ Suspect's Vehicle ☐ Victim's Vehicle ☐ Unauthorized Use ☐ Abandoned
53 Vehicle Year | 54 Vehicle Make | 55 Vehicle Model | 56 Number Veh Stolen | 57 Vehicle Description
58 Vehicle Style | 59 Vehicle Color Top ______ Bottom ______ | 60 License | 61 LST | 62 LIY | 63 Tag Color
64 Vehicle VIN Number
65 Warrant Signed ☐ Yes ☐ No — Warrant Number
Motor Vehicle Recovery Only Required For 24XX UCR Code
66 Stolen in your jurisdiction? ☐ Yes ☐ No Where?
67 Recovered in your jurisdiction? ☐ Yes ☐ No Where?

**ADMINISTRATION**

68 Case # | 69 SFX | 70 Case # | 71 SFX | 72 Case # | 73 SFX

74 Case Status: ☒ 1 Pending ☐ 2 Inactive ☐ 3 Closed
75 Multiple Cases Closed Listed Above ☐ Multiple Cases Closed Listed On Supplement ☐
76 Entered NCIC/ACJIC: ☐ Yes ☒ No
77 Case Disposition: ☐ Cleared by Arrest (Juv) ☐ Cleared by Arrest (Adult) ☐ Unfounded ☐ Exceptional Clearance ☐ Administratively Cleared
78 Exceptional Clearance (Check One): ☐ A Suspect/Offender Dead ☐ B Prosecution Declined/Other Prosecution ☐ C Extradition Denied ☐ D Victim Refused to Cooperate ☐ E Juvenile (No Custody) ☐ F Death of Victim
Date (MM/DD/YY)
NIC/AIN #: ______

79 Reporting Officer: **Officer Kelley** — Officer ID Number: **433**
80 Assisting Officer: — Officer ID Number:
81 Supervisor Approval: **Captain SLADE** — Officer ID Number: **426**
82 Watch Commander: **Chief Walton** — Officer ID Number: **425**

ACJIC-06-06

Printed on 2/23/2021

THIS SIDE OF FORM IS CONFIDENTIAL UNLESS RELEASED AT THE DISCRETION OF THE CHIEF LAW ENFORCEMENT OFFICER

| Incident/Offense Report - Continued | 83 Date of Report (MM/DD/YY) 2 / 19 / 2021 | 84 Time of Report 12:58 ☒PM | 85 Agency Case Number 2 1 W 0 1 5 8 0 1 | 86 Suffix | 87 ☐Offender ☐Suspect ☐Missing Person | ☐Check if Multiple |

| 88 Reported By (Last, First, Middle Name) ☒Victim Or | 89 Suffix | 90 ☐Resident ☐Non-Resident | 91 Home Phone | 92 Work Phone |
| | | | | 93 Other Phone |

**VICTIM INFORMATION**

| 94 Victim # 1 | 95 Victim (Last, First, Middle Name) WILLIAMS, KRISTINA ASHLEY | 96 Suffix | 97 Address [redacted] | 98 Home Phone [redacted] | 99 Work Phone |
| | | | | | 100 Other Phone |

| 101 Employer/School | 102 Occupation | 103 Address (Street, City, State, Zip) | 104 Work Phone |
| | | | 105 Other Phone |

| 106 Sex | 107 Race | Language: ☒English ☐Spanish ☐Other | 108 | 109 HGT | 110 WGT | 111 Date of Birth | 112 Age | 113 Victim SSN | 114 Complainant SSN |

| ☐Multiple Victims ☐LE Officer | 115 | 116 Ethnicity | 117 Injury ☐Yes ☐No | 118 Offender known to victim? ☐Yes ☐No | 119 Victim was? (Explain Relationship.) | 120 Relationship Code |

| 121 Weapons Used ☐Firearm ☐Knife ☐Hands, Fist, Feet, Voice, etc. ☐Other Dangerous | 122 Description of Weapons/Firearms/Tools Used in Offense Describe: | ☐Handgun ☐Rifle ☐Shotgun ☐Unknown |

| 123 Place of Occurrence (Enter exact street address here.) [redacted] | 124 Type Injury ☐None ☐Broken Bones ☐Internal Injury ☐Severe Laceration ☐Minor Injury ☐Other Major Injury ☐Unconscious ☐Loss of Teeth | 125 Sector |

| 126 Circumstances: Homicide & Assault 127 Location: Rape | 128 Assault ☐Simple ☐Aggravated | 129 Treatment for Assault? ☐Yes ☒No | 130 Verify for Rape Exam? ☐Yes ☐No | 131 Treatment for Rape? ☐Yes ☐No |

**SUSPECT INFORMATION**

| 132 Off # | 133 Name (Last, First, Middle) | 134 SFX | 135 Alias | 136 Social Security # | 137 Race ☐W ☐A ☐B | 138 Sex ☐M ☐F | 139 Date of Birth | 140 Age |

| 141 Address (Street, City, State, Zip) | 142 HGT | 143 WGT | 144 Ethnicity ☐Other | ☐Hispanic | 145 Language ☐Spanish ☐English ☐Other |

| 146 Probable Destination | 147 Eye | 148 Hair | 149 Complexion | 150 Armed ☐Yes ☐No |
| 151 Clothing | 152 ☐Scars ☐Marks ☐Tattoos ☐Amputations | 153 ☐Arrested ☐Wanted ☐Dual Arrest (Domestic Violence) |

| 154 Off # | 155 Name (Last, First, Middle) | 156 SFX | 157 Alias | 158 Social Security # | 159 Race ☐W ☐A ☐B | 160 Sex ☐M ☐F | 161 Date of Birth | 162 Age |

| 163 Address (Street, City, State, Zip) | 164 HGT | 165 WGT | 166 Ethnicity ☐Other | ☐Hispanic | 167 Language ☐Spanish ☐English ☐Other |

| 168 Probable Destination | 169 Eye | 170 Hair | 171 Complexion | 172 Armed ☐Yes ☐No |
| 173 Clothing | 174 ☐Scars ☐Marks ☐Tattoos ☐Amputations | 175 ☐Arrested ☐Wanted ☐Dual Arrest (Domestic Violence) |

**WITNESSES**

| Name (Last, First, Middle) | Sex | Race | Date of Birth | Address | Contact Telephone Numbers |
|---|---|---|---|---|---|
| 176 | 177 ☐M ☐F | 178 ☐W ☐A ☐B ☐I | 179 | 180 | 181 Home / 182 Work / 183 Other |
| 184 | 185 ☐M ☐F | 186 ☐W ☐A ☐B ☐I | 187 | 188 | 189 Home / 190 Work / 191 Other |
| 192 | 193 ☐M ☐F | 194 ☐W ☐A ☐B ☐I | 195 | 196 | 197 Home / 198 Work / 199 Other |

| 200 Witness # 1 SSN | 201 Witness # 2 SSN | 202 Witness # 3 SSN |

**NARRATIVE**

203
Around the Middle of December in 2019 Kristina Williams went to the Smile Direct Club local Office at 710 Inverness Cours in Birmingham. She went there to have an impression of her mouth done for a set of Invisliners. She was told she was not obligated to purchase these Invisliners. After the impression was made she was told she would be contacted in a few weeks by a dentist to go over her impressions. She never was contacted. on January 1st of 2020 she received a $250.00 charge on her [redacted] Credit Card with the last four numbers of [redacted]. She contacted her credit card company and disputed the charge. Her credit Card Company ruled in her favor. They then blocked Smile Direct from charging her credit card again. On June 30 2020 Mrs. Williams received another charge from Smile Direct Club for the amount of $69.10. She contacted her credit card company. They looked into it and found out Smile Direct changed a few letters in their name to bypass the block. Her credit card company then cancelled her card And sent her a new one. Since she received a new card she has received calls from a collection company for the amount of $69.10. Mrs. Williams explained what was

☒ Continued on Supplement

| 204 Continued on Supplement ☒Yes ☐No | 205 Assisting Agency ORI | 206 Assisting Agency Case Number | 207 SFX | 208 Warrant Signed ☐Yes ☐No | Warrant # | 209 Add. Cases Closed Narrative ☐Y ☐N |

I hereby affirm that I have read this report and that all the information given by me is correct to the best of my knowledge. I will assume full responsibility for notifying the agency if any stolen property or missing person herein reported is returned.

210

Signature

211 Local Use

212 State Use

Printed on

OFFICER'S WORK PRODUCT MAY NOT BE PUBLIC INFORMATION

| ADDITIONAL INCIDENT/OFFENSE NARRATIVE CONTINUED | 79 Date and Time of Report: 2 / 19 / 2021 <br> 82 Type Report: [X] Continuation | 12 : 58 [X] PM / [ ] Follow-up | 80 Case # 2 1 W 0 1 5 8 0 1 | 81 SFX |

**NARRATIVE**

going on and was told that she needed to make a police report.

[X] Continued on Additional Supplement

Printed on 2/23/2021     TYPE OR PRINT IN BLACK INK ONLY